IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

PAUL DAVID ELKINS
      Plaintiff,

v.              CIVIL ACTION NO. 2:20-cv-00410

ANDREW SAUL,
Commissioner of Social Security,

      Defendant.

### ORDER

  This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On April 16, 2021, Judge Tinsley submitted his Proposed Findings & Recommendation [ECF No. 17] ("PF&R"). Judge Tinsley recommends that the court **GRANT** Claimant's request to reverse the Commissioner's decision [ECF No. 15]; **DENY** the Commissioner's request to affirm his decision [ECF No. 16]; **REVERSE** the final decision of the Commissioner; and **REMAND** this action for further proceedings. Neither party timely filed objections to the PF&R nor sought an extension of time.

  A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn,* 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court accepts and incorporates herein the PF&R and orders judgment consistent therewith. The court **GRANTS** Claimant's request to reverse the Commissioner's decision [ECF No. 15]; **DENIES** the Commissioner's request to affirm his decision [ECF No. 16]; **REVERSES** the final decision of the Commissioner; and **REMANDS** this action for further proceedings.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 6, 2021

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE